```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    19Cr859 (DLC)
   UNITED STATES OF AMERICA,            :
                                        :        ORDER
               -v-                      :
                                        :
   MICHAEL CAMPANA,                     :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The sentencing of Michael Campana is currently scheduled to occur on **March 20** at **2:30 pm**. It is hereby

ORDERED that the Government and defendant shall confer as to whether the sentencing should be adjourned in light of the COVID-19 outbreak.

IT IS FURTHER ORDERED that any such request for an adjournment or opposition to the adjournment request must be received no later than **two business days** before the scheduled sentencing proceeding. A request for an adjournment shall include the parties' proposal for a new sentencing date.

Dated:   New York, New York
         March 15, 2020

                                                       _____
                                                          DENISE COTE
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2020