UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :  19Cr0859 (DLC)
UNITED STATES OF AMERICA,            :
                                     :  ORDER
            -v-                      :
                                     :
MICHAEL CAMPANA,                     :
                    Defendant.       :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

The defendant has advised the Court that he wishes to proceed with his sentence as scheduled on March 20, 2020. It is hereby

ORDERED that defense counsel advise the defendant that the Court will presume that each person who submitted a letter on behalf of the defendant in connection with this sentencing proceeding wanted to attend the proceeding but that due to the COVID-19 outbreak, the emergencies declared by government authorities, and the public health advisories, has been unable to come to the courthouse.

Dated:   New York, New York
         March 18, 2020

                              _____
                                      DENISE COTE
                              United States District Judge