UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :    19Cr0859 (DLC)
UNITED STATES OF AMERICA,            :
                                     :         ORDER
            -v-                      :
                                     :
MICHAEL CAMPANA,                     :
                        Defendant.   :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing proceeding scheduled for March 20, 2020 at 2:30 p.m. will take place in **Courtroom 24B**, 500 Pearl Street.

Dated:   New York, New York
         March 19, 2020

                              _____
                                    DENISE COTE
                              United States District Judge