```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :    19Cr859 (DLC)
 UNITED STATES OF AMERICA,               :
                                         :         ORDER
             -v-                         :
                                         :
 MICHAEL CAMPANA,                        :
                                         :
                  Defendant.             :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

By Order of March 15, 2020, the parties were requested to confer as to whether the defendant's sentencing scheduled for March 20 should proceed in light of the COVID-19 outbreak. On March 18, the defendant filed a letter informing the Court that he wished to proceed with the March 20 sentencing.

The Court takes notice that the World Health Organization has described COVID-19 as a pandemic and that New York City has declared a state of emergency.[1] The Court also takes notice that New York State has continued to impose new measures to enforce

---

[1] World Health Organization, WHO Director-General's Opening Remarks at the Mission Briefing on COVID-19 (Mar. 12, 2020), https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-mission-briefing-on-covid-19---12-march-2020; City of New York, Office of the Mayor, Mayor de Blasio Issues State of Emergency (Mar. 13, 2020), https://www1.nyc.gov/office-of-the-mayor/news/138-20/mayor-de-blasio-issues-state-emergency.

social distancing in the interest of public health.[2] Accordingly, it is hereby

ORDERED that the defendant shall confer with his counsel as to whether he wishes to proceed with the sentencing scheduled for March 20 at 2:30 pm by videoconference. If the defendant wishes to waive his constitutional right to an in-person sentencing, he must do so knowingly and voluntarily, as set forth in United States v. Salim, 690 F.3d 115, 122-124 (2d Cir. 2012).

IT IS FURTHER ORDERED that counsel for the defendant shall inform the Court by **March 20** at **9:00 am** as to whether he wishes to proceed by videoconference.

IT IS FURTHER ORDERED that if the defendant does not wish to proceed by videoconference, the March 20 sentencing is adjourned until **May 8, 2020** at **2:30 pm**.

Dated:   New York, New York
         March 19, 2020

```
                              _____
                                      DENISE COTE
                              United States District Judge
```

---

[2] New York State, Novel Coronavirus, What You Need to Know (Mar. 19, 2020), https://coronavirus.health.ny.gov/home.