UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    19Cr859 (DLC)
                                        :
    -v-                                 :    ORDER
                                        :
MICHAEL CAMPANA,                        :
                                        :
            Defendant.                  :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

Having scheduled the defendant to be sentenced on May 8, 2020, it is hereby

ORDERED that, in light of the COVID-19 outbreak, the defendant's sentencing is adjourned to **June 18, 2020** at **3:30 p.m.**

Dated:  New York, New York
        April 10, 2020

                                    /s/ Denise Cote
                                    ─────────────────────────
                                    DENISE COTE
                                    United States District Judge