```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    19Cr859(DLC)
                                         :
            -v-                          :    ORDER
                                         :
MICHAEL CAMPANA,                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The sentencing for Michael Campana is currently scheduled for July 23, 2020, to occur in person. As confirmed by the defendant's letter of July 8, the defendant would like his sentencing to occur in person and does not consent to proceed remotely. He is released on bail. On July 6, the Southern District of New York ("SDNY") reopened its courthouses to members of the public. Accordingly, it is hereby

ORDERED that the July 23 sentencing is rescheduled to occur on Friday, **July 24, 2020** at **10:00 a.m.** The sentencing will occur in court in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that the parties are reminded that all individuals seeking to enter an SDNY facility are subject to the Fourth Amended Standing Order M10-468 of June 12, 2020, which requires that they be screened for COVID-19 exposure before entry will be permitted. Individuals must practice social distancing at all times in the courthouse. Individuals

also much wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that defense counsel must advise the Court by Friday, **July 17, 2020,** if there is an expectation that more than **ten** spectators will attend the sentencing.  The parties must advise the Court by the same date if there is an expectation that more than **three** individuals will be seated at counsel's tables.

IT IS FURTHER ORDERED that any supplemental sentencing submission is due Friday, **July 17, 2020.**

Dated:    New York, New York
          July 9, 2020

                              _____
                                    DENISE COTE
                              United States District Judge