```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
              -v-                        :      19cr859 (DLC)
                                         :
 MICHAEL CAMPANA,                        :         ORDER
                                         :
                      Defendant.         :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

In advance of the in court sentencing of the defendant on Friday, July 24, 2020 at 10:00 a.m. in Courtroom 18B, 500 Pearl Street, it is hereby

ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. **To gain entry to 500 Pearl Street, follow the instructions provided here**: https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court sentencing of the defendant may listen to the sentencing proceeding through a

telephone link by calling **888-363-4749** and using access code **4324948.**

Dated:  New York, New York
        July 20, 2020

```
                    _____
                              DENISE COTE
                       United States District Judge
```

2