```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――

UNITED STATES OF AMERICA

v.

MICHAEL CAMPANA,

    Defendant.

―――――――――――――――――――――――――

~~Proposed~~
**Order of Restitution**

**19 Cr. 859 (DLC)**

  Upon the application of the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, David Raymond Lewis, Assistant United States Attorney, and Stanley J. Okula, Special Assistant United States Attorney, of counsel; the presentence report; the defendant's conviction on Count One of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

  **1.** **Amount of Restitution**

  MICHAEL CAMPANA, the Defendant, shall pay restitution in the total amount of $155,000, pursuant to 18 U.S.C. §§ 3663, 3663A, to the victim of the offense charged in Count One, as set forth below. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

  **A.** **Joint and Several Liability**

Restitution is not joint and several with other defendants or with others not named herein.

  **2.** **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant;

including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1), upon entry of this judgment.

The defendant will be given credit against the restitution amount for any payments made prior to the date of this Order, as verified by the United States Attorney's Office for the Southern District of New York.

### 3. Payment Instructions [If applicable]

To the extent the defendant's restitution obligation is not fully satisfied, the Defendant shall make any future restitution payments, if any, by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

The Clerk's Office shall forward all restitution payments to the below address within 30 days of receiving said payments from the Defendant:

Internal Revenue Service ("IRS") - RACS
Attn: Mail Stop 6261, Restitution
333 W. Pershing Ave.
Kansas City, MO 64108]

4. **Additional Provisions**

To the extent the defendant's restitution obligation is not fully satisfied, the Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

5. **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____                    7/23/2020
DAVID RAYMOND LEWIS                           DATE
STANLEY J. OKULA

3

July 24, 2020

One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637 – 2397

MICHAEL CAMPANA

By: _____
MICHAEL CAMPANA

7/24/2020
DATE

By: _____
DAVID SMITH
Smith & King, LLC
900 Third Avenue 13th Floor
New York, N.Y. 10022
Tel.: (212) 681-2800

7/24/2020
DATE

SO ORDERED:

_____
DENISE COTE
UNITED STATES DISTRICT JUDGE

_____
DATE