```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
  UNITED STATES OF AMERICA,               :
                                          :
              -v-                         :    19cr859 (DLC)
                                          :
  MICHAEL CAMPANA,                        :       ORDER
                                          :
                       Defendant.         :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

   The defendant having requested that his surrender date be moved from September 4, 2020 to September 8, 2020, it is hereby

   ORDERED that the defendant's request is granted. The defendant shall surrender to his designated facility on **September 8, 2020.**

Dated:    New York, New York
          August 5, 2020

                                  _____
                                       DENISE COTE
                                  United States District Judge